IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
FOR THE MOBILE COUNTY, ALABAMA

BERNICE MUHAMMAD

    Plaintiff Pro se

CIVIL ACTION NO.: 1:17-CV-379-WS-N
PLAINTIFF DEMANDS
TRIAL BY JURY

-Against-

HSBC BANK USA, N.A. AS TRUSTEE
FOR MERRILL LYNCH MORTGAGE TRUST

OPTION ONE MORTGAGE CORPORATION
A/K/A SAND CANYON CORPORATION,

LAW FIRM OF SIROTE & PERMUTT, P.C.
JEFFREY G. MILLER (MIL111)
GEORGE C. GASTON (GAS012)
JUAN ORTEGA (ORT001)
SHAUN K. RAMEY (RAM015)

13TH JUDICIAL CIRCUIT COURT
IN MOBILE COUNTY ITS JUDGES,
PRESIDING JUDGE CHARLES A. GRADDICK
CLERK JOJO SCHWARZAUER
DEPUTY CLERK CHARLES M. LEWIS, JR.
ASST. CLERK CAROLYN CARTER, IN
THEIR CAPACITY,

ALABAMA ADMINISTRATIVE OF COURT
AN ITS CHIEF JUSTICE

HON. GEORGE K. ELBRECHT
DISTRICT COURT JUDGE
MONROE COUNTY, ALABAMA

MOBILE COUNTY, ALABAMA SHERIFF'S
OFFICE, SHERIFF SAM COCHRAN, SHERIFF,
DEPUTY ROBERT BOYKIN D.S.,
DEPUTY'S OF THE SHERIFF' DRUG TASK
FORCE, DEPUTY DINKINS/ AN OTHER UNIDENTIFIED DEPUTY.

    Defendant's,

FILED AUG 22 '17 AM 8:59 USDCALS

## COMPLAINT

## JURISDICTION AN VENUE

This Court has jurisdiction under Article 6 Constitution Of The United States Of American because (i) The Violations of The Fourth Five & Fourteenth Amendment, 18 U.S.A. § 1203, The Comptroller of the Currency Of The United States America ("Comptroller") 12 U.S.C § 1818(b) Cease an Desist; (ii) Violations Of Due Process Law By The State Of Alabama To Its Citizen Muhammad; (iii) Alabama Administrative Court Chief Justice, Subject-Matter-Jurisdiction; Venue is proper is this Court under the above Laws.

Plaintiff Bernice Muhammad, Pro se and for cause of action against the about Defendant's, an Severally, Allege as Follows:

## FACTS APPLICABLE TO ALL CLAIMS
## CAUSES OF ACTION

¶1. Plaintiff Bernice Muhammad ("Plaintiff" or "Muhammad") is a U.S. Citizen and files this **Actions** under the Laws of the United States, and the Rights created under the U.S. Constitution, and Federal Laws of the **Comptroller of the Currency Administrator of National Banks,** pursuant to 12U.S.C. § 1818(b)(h),12 C.F.R. Part 19; the Rules an Statutes, also the Constitution of Alabama pursuant to **Article VI, Section 149.**

¶2. HSBC Bank USA, N.A. AS Trustee For Merrill Lynch Mortgage-Backed, according to the Mortgage and Note, never occurred pursuant to a July 30th, 2002, Mortgage agreement between Option One Mortgage Corporation and Plaintiff Bernice Muhammad, which is not in the record. What is in the record is a "Proof of Claim" which shows just whom Own and Service the Loan to Plaintiff Muhammad, which is Option One Mortgage Corporation ("Option One"). For ease of reference, the chain of entities through which the Plaintiff's Mortgage passed before the Foreclosure sale is:

     Option One Mortgage Corporation,» (Originator)
              *

     Option One Mortgage Corporation,» (Servicer)
              *

     Option One Mortgage Corporation,» (Record Holder)
              *

 American Home Mortgage Servicing, Inc.,» (New Servicer, December 2008)

Which No Records Of
HSBC Bank USA, N.A., as Trustee For Merrill Lynch Mortgage Investors, Inc.,
Mortgage Loan Asset-Backed Certificates, Series 2002-HE1.

¶3. What is also in the records, is an Assessment of Mortgage to the above Defendants HSBC Bank USA, N.A. As Trustee For Merrill Lynch Mortgage-Backed Trust 2002-HE1et et, on October 4th, 2004, which is a violation of any Trust Originated in New York State. This Trust, according to the Sale and Assignment Agreement and the Trust Agreement, specifies that in the **Prospectus an Prospectus Supplement** filed with the **Securities and Exchange Commission of Certificate of Registration.** This report is thought **SEC-EDGAR.** This is the most sophisticated **SEC-EDGAR** database, of Billions of SEC filings & documents; also SIC Codes, an they all are free.

¶4. The Intentional, discrimination, intimidation, violence and mistreatment, an abuse involving Judges, Clerks, in the 13th Judicial Circuit in Mobile County, Alabama. All Defendant's, played a part in these above action's, in every case. All damages were initiated by the Defendants HSBC Bank USA, N.A., as Trustee For Merrill Mortgage Investors, Inc., .. **8 U.S. Code § 1324c-Penalties for document fraud.** The 13th Judicial has "alter, falsely made documents" for the purpose of satisfying an Order by a Judge, which is forged, in reckless disregard of the fact that such Order was falsely made.

¶5. All Alabama Judicial Court Clerks, are duty-bound to know the Law, and to docket and process the filings that they receive. The key legal issue here is, on February 3, 2010, Plaintiff Muhammad Delivery of the document's to the Office of the Clerk, Constitutes **Filing.** These documents Constituted the Filing of Federal & the **State Of Alabama Rule 65 (a) Preliminary Injunction an Rule 65 (b) Temporary Restraining Order.** Therefore, to say, as the Clerks Office of the 13th, Judicial Of Mobile County, has stated, "No TRO Injunction was Not Filed." Which is falsely stated.

¶6. The Office of Clerk JOJO SCHWARZAUER, has no legal right to block the docketing of anything that is properly delivered to the Clerk of the 13th, Judicial Circuit, on February 3rd, 2010, Plaintiff filed a Motion of "TRO INJUNCTION", To now claim, no Injunction were filed. The Docket Text's an Order's, will proof itself on February 3&4, 2010. HSBC Bank US., N.A. As Trustee, did Foreclosed on the Property of the Plaintiff Muhammad on February 4th, 2010, over an Ordered "Injunction of a TRO" issued on February 3rd, 2010, verbally in Judge Stout's Chamber's . Plaintiff Muhammad consider that the 13th, Judicial Circuit Clerk Of Mobile County, Alabama, have Committed the Crime Of Obstruction Of Justice. Order issued on February 3&4, 2010, which records & docket records will show, a setting of a hearing for February 11th, 2010, by Circuit Court Judge Stout. The Defendant's ignored the Order's an call's and text's to the Attorney's of the "TRO & Injunction's" an still Foreclosed.

¶7. In Federal Law, each document not properly forwarded is a violation of **18 U.S. § 2076,** each document concealed or destroyed is a Violation of **18 U.S.C. § 2071.** The 13th, Judicial Circuit Clerk Of Mobile County, Alabama, **willfully an unlawfully, Mutilated The Injunctions** by Plaintiff Muhammad. **FRCP Rule 5 (d) (2): "A paper is filed by delivering it: (A) to the clerk."** The duty of the Clerk is to make her record correctly represent the proceedings in the Cases.

¶8. Plaintiff Muhammad, filed Motion for Disqualification of the 13th, Judicial Circuit Court and its Clerks & Judges, on December 3rd, 2010., On December 5th, 2010, the 13th, Judicial Circuit Court and its Clerks an Judges **RECUSE THEMSELVES.** In Cases **CV-2010-000160& CV-2010-901795.** On December 14th, the Chief Justice of Alabama Supreme Court **SUE BELL COBB,** issued an Order Affirming the 13th, Judicial Circuit Court Order by Presiding Circuit Court Judge, the **Hon. Charles A. Graddick,** in Case **CV-2010-901795,** which the 13th, Judicial was never reinstated. On September 13th, 2011, Chief Justice Charles R, Malone issued the same Order in **CV-2010-0000-000160.**

¶9. There is a specific Statute of Order here, that provides a charge in no further duty to the 13th, Judicial Circuit Court. The Judges an Clerks is are subject to be charge with untoward consequences as a result of failure to obey the Alabama Supreme Court Chief Justices Order's. The 13th Judicial Circuit Court was assigned by law to the official meaning of **"Lack Of Subject Matter Jurisdiction & Personal Subject Matter Jurisdiction."** For The 13th, Judicial Circuit Court, does not have the sanction of the Chief Justice, to make any endorsement now for the Cases of Plaintiff Bernice Muhammad; doing of these acts now, the 13th Judicial is not allowed to operate, and issue **Execution** in these Cases, it would be in violations of the Alabama & Federal **Recusal Rule an Due Process Of Law.**

¶10. These Order's by the Alabama Supreme Court Chief Justices are **"Blanket Disqualifications Of The 13th, Judicial Circuit Court.** This would require an appointments, and would make an Assignment of a Judge and Clerk. This action by Order of the Chief Justice, was not complied with, by the existing ethical rules relating Rule of law, as to Federal & State **Disqualification & Recusal.** For these reasons alone makes the 13th, Judicial Circuit Court in violation of said Rule. These Federal & Alabama State laws discussed in this complaint, does not contradict each other. Whatever theoretical basis, the 13th, Judicial Circuit Court Of Mobile County, Alabama, there actions are in violation s of Due Process of Law. The interpretation by the State of Alabama Of the Order's, can only be interpreted by Alabama ADMINISTRATIVE Chief Justice Of The Alabama Supreme Court; an both refused to answer the **"Certified Question"** which is basis for decisions is in Constitution Law, and the Chief Justice, must apply relevant law to this said Question, and did not.

## LIS PENDENS

¶11. On November 4th, 2010, a Bill Complaint, In Rem, in the Circuit Court of Mobile County, Alabama, under the provisions of Section 6-6-560, et seq., Code of Alabama, 1975, against the following described Land in Mobile County, Alabama. And against the Named persons and any and all persons who claim or who are reputed to Claim any rights, title, interest, lien, encumbrance, or demand in or to said land or any part thereof. The Bill of Complaint, were to be answer or respond to, by January 7th, 2011., No timely answer or respond. This Case was not to the Chief Justices, this is Civil Action No.: CV-2010-1456. All Defendants are now in Default, by the Law of the LES PENDENS. Therefore, by Federal an State Law, this is not conflicting authorities, thereto the Appointed Judge Elbrecht Lacked Subject-Matter Jurisdiction to Consolidate.

## THE APPOINTED JUDGE

¶12. The Honorable George K. Elbrecht, District Judge, Monroe County, Alabama is assigned. Each Chief Justice of the Alabama Supreme Court, issued their Order at different Year and Month to the newly appointed Judge. Before assigned Judge Elbrecht, is the 13th, Judicial Circuit Court, an three Circuit Court Judge's as Defendants, also HSBC Bank USA, N.A., as Trustee For Merrill Lynch Mortgage Investors Inc., Trust 2002-HE1. Judge Elbrecht is without Subject-Matter-Jurisdiction, in the Case before him. Case CV-2010-000160, as Plaintiff explains in "Paragraph 6" the Defendant's HSBC Bank Foreclosed, over the issued "TRO" an after doing so, filed Motion in the Circuit Court to dismiss on February 5th, 2010, stating in said Motion "on February 3rd, 2010, the Federal Court entered an Order denying Plaintiff's requested relief (District Court Chief Judge William Steele)."

¶13. Where is the Jurisdiction, for Alabama State to ignored Order to **"cease and desist"** by the OCC? Therefore, the assigned Judge Elbrecht, has no Subject-Matter-Jurisdiction over CV-2010-901795, because of the violations an actions, which the Defendants did not follow the F.R.C.P, an A.R.C.P., Rule 65 ( a)(b) to **(cease an desist).** Thereto, is the Consent Order by the OCC to HSBC Bank, which "Preempt" State Law, in which closing the door on CV-2010-901795. For it is also axiomatic that a suit cannot be prosecuted when there is a Consent Cease and Desist Order ("Order") to HSBC Bank, as resulting from the examination by the Comptroller of the Currency of the United States Of America.

¶14. The 13th, Judicial Circuit Court is now is in violation's Plaintiff's Muhammad's **due process Rights,** in the Court of law. Thereto, as the Defendant's has violated the Court Order, the Defendants went on to file a Case for **Possession** of Plaintiff Muhammad's Home Creating Case CV-**2010** -901795. The 13th, Judicial Circuit Court is now **tainted,** and must be **Recused.** The assigned Judge must inform the Administrative Court, because it is, a Constitutional intermediate issue, to inform the Chief Justice in which is the assigned Judge's "Jurisdictions, an is the source of State Law. Alabama State Supreme Court Chief Justice is the Administrative Court of Alabama State Law. The assigned Judge States "he must request and put his question to the Administrative Court, and that they do gets back to him very quickly" the assigned Judge Elbrecht, Court task is to apply State Law, the way that the Supreme Court would apply it, because the Chief Justice's Order's are controlling authority.

¶15. The subject in Court, is no longer the getting "answer's" from the Chief Justices, therefore, in the absence of an Administrative answer in giving "proper regard" to a relevant Ruling. The assigned Judge differed with both Order's, with respect to the putative sources of State Law, and with the task of ascertaining Federal and State Constitutional Law as described. Plaintiff Muhammad, understands when a law is unclear, the best guess is that the question should go to the Highest Court. The assigned Judge was presented with this issue, an should have turn to the notions of common sense, that is turning to whom it was that sent you, **"The Highest Court, The Chief Justice's In Alabama Administrative & Supreme"** you cannot get your answer's from the 13th, Judicial Circuit, the Court and its Judges are **RECUSED.**

### CONSENT ORDER BY THE OCC TO HSBC BANK USA, N.A.

¶16. On April 13th, 2011, The Comptroller of the Currency of the United States of America ("Comptroller") and HSBC Bank USA, National Association, McLean, Virginia ("Bank") agree to Consent Order, Consent Order **AA-EC-11-14, dated April 13, 2011 ("2011 Consent Order").** This Order was introduce to the assigned Judge by Motion, the assigned Judge Order's the Attorney's for Plaintiff's in Case CV-2010- 000-000160-Case CV- 2010-901795, to answer and have someone from HSBC Bank USA, N.A. As Trustee to explain this Order by the **Comptroller of the Currency ("OCC").** The Attorney's never comply to this Order by the assigned Judge, Why? Because HSBC Bank USA, N.A. ("Bank") would be in violations with (98) actionable items in the Consent Order to **cease and desist ("Order"),** the assigned Judge, and Defendant's-Plaintiff's Attorney's could not explain the Order themselves, and did not produce anyone that could do so.

¶17. Plaintiff Muhammad, continues to Motion's the assigned Judge of these violation's by not dismissing HSBC Bank USA, N.A., as Trustee, in CV-2010-901795, for the assigned Judge lacks Subject-Matter-Jurisdiction. The Consent Order also makes it clear, that ALL Foreclosure from January 1, 2009 thru- December 31, 2010, must be reexamine, and of whom it cover's to HSBC Bank USA, N.A., be they are **"Trustee for other parties, Servicing for other parties, Residential Mortgage for other parties, et et."** On February 28th, 2013, the Comptroller of the Currency, finds that **HSBC Bank USA, N.A., have not complied with** "Consent Order" it states, "No Judicial Order Federal or State can Intervene with the OCC'S Consent Order.

¶18. On May 11th, 2011, Defendant-Plaintiff Muhammad, answered the Plaintiff's-Defendant's in the matter of the Comptroller Consent Order **to HSBC USA, N.A., "Article III Waivers"** which the Stipulation pursuant to 12 U.S.C. §1818(b) and (h)(f), 12 C.F.R. Part 19 states the Bank **Waivers**. On February 28, 2013, an June 16th, 2015, the Comptroller has determined that HSBC Bank USA, N.A., have not meet all requirements of the consent orders. HSBC Bank USA, N.A., has not review their foreclosure action, not by a Independent Foreclosure Review, as part of the Cease and Desist consent Order.

¶19. In paragraph (12) Plaintiff Muhammad quotes from the Federal District Court Judge William H. Steele, United State District Court Judge's Order, introduced as an exhibit by Defendants HSBC Bank USA, N.A, As Trustee For Merrill Lynch Mortgage, etc. The Comptroller of the Currency of the United States of America ("Comptroller") makes an conducted an examination of the residential real estate mortgage foreclosure processes of HSBC Bank USA, N.A., McLean, Virginia ("Bank").

¶20. The OCC did identified the very thing that District Judge Steele, Order claim I must have to proof my complaint; which Plaintiff Muhammad, according the OCC, the proof and demand that the Defendant's produce evidence to prove its ownership of the mortgage, was not improper an attempt, but is a deficiencies an improper on the part of a Trustee to initiation a foreclosure proceeding without knowing if borrower requested a loan modification, are you moving pursuant to the Mortgage Loan documentation and related Agreements. OCC demand that the mortgage instrument and other document's executed by the borrower are had, an the initiation by the HSBC Bank must disclose adequate Mortgage-Backed documents. These are some of the **ARTICLES OF AGREEMENT** by the OCC, to HSBC Bank USA, N.A., McLean, Virginia ("Bank").

¶21. Without admitting or denying any wrongdoing, consents and agrees to issuance of the Consent Order by the Comptroller. HSBC Bank USA, N.A.,etc, had an Assessment of Mortgage, that has been found to be a Fabricated Document, which was filed two in half (2 ½ ) years after the Trust closed. Any right of the transferor to enforce the instrument of the Assignment Of Mortgage, including any right as a holder in due course, which the transferee cannot acquire right of a holder in due course by a transfer, directly or indirectly, from a holder in due course if the transferee engaged in fraud or illegality affecting the instrument; the negotiation and with a Trustee by Option One Mortgage, cannot occur until HSBC Bank USA,

N.A., as Trustee, until proper endorsements an Sell is made between Option One Mortgage Corporation & Merrill Lynch & Co., One who does not have the ownership, possession, nor the right to possession of the Mortgage an the obligation by it, and may not foreclose the Mortgage.

¶22. The OCC, "Preempts" any Court when a Bank do, Stipulate and Consent to the Issuance of a Consent Order to Cease an Desist Order on HSBC Bank USA, N.A., McLean, Virginia ("Bank") pursuant to 12 U.S.A.§ 1818(b), for unsafe or unsound banking practices relating to Mortgage Servicing and the initiation and handling of foreclosure proceeding. This is also utilized by the OCC in enforcement actions against HSBC Bank's "Institution-Affiliated Parties. For all that is stated above, Plaintiff Bernice Muhammad will move this Federal District Court to hear and see the **Damage** done by **HSBC BANK USA, N.A. As Trustee,** to Plaintiff Muhammad & Family.

## THE FINAL ORDER

¶23. On May 1st, 2013, the assigned Judge made an Order, which stated actions which were never before the assigned Judge. Original documents never before the assigned Judge, no Authority from the Alabama Administrative Of Court to Consolidate two Supreme Court Chief Justice's Order's, no order to Consolidation the three Cases. Waiting on this authorization, in which never arrived in 2 ½ years. This is a fake Order, why is this being stated? The Parties of Plaintiff's & Defendants were before assigned Judge Elbrecht on October 23rd, 2012, for a hearing, and so ORDERED on three Orders, two of the Order's, on November 7th, 2012., were signed, one said Order is not.

> **"The Court is an unbiased, but methodical "creature" which is governed by the Rule of Law... that is, the Rule of Civil Procedure, the Rule of Criminal Procedure and the Rules of Evidence, all which is overseen by Constitutional Law, the Court can ONLY be effective, fair and "Just."**

¶24. (One) is for the compelling of discovery by Defendant-Plaintiff Muhammad; (Two) Setting time for deposition of Ms. Muhammad, and HSBC Bank; (Third) HSBC Bank USA, N.A. As Trustee, etc, to is to make itself available for deposition, to also provide testimony on matters relating to the foreclosure on Bernice Muhammad's home, as well as the relationship between HSBC and Merrill Lynch Mortgage Investors, Inc., as that relationship pertains to the Mortgage Loan Asset-Backed Certificate, Series 2002-HE1; (Fourth) It was so Ordered that HSBC is to make available for inspection and coping all original documents contained in the file of HSBC regarding the Muhammad loan; (Five) It is further ORDERED that Bernice Muhammad, pro se, is hereby responsible for securing the attendance of a duly authorized officer or court reporter, and further responsible for the payment of same pursuant to Alabama Rule of Civil Procedure 28 and 30, if she so desires.

¶**25.** Of the said five (5) further ORDERS, only two was done, (2) deposition of Ms. Bernice Muhammad; (5) Ms. Muhammad did set up with an authorized outside Court Reporter, to administer the Deposition, paid sent for subpoenas, in which was never answered. Out these five Order's by assigned Judge Elbrecht, this Order is not singed by assigned Special Circuit Judge the Hon. George K. Elbrecht. One cannot be obliged to an Order that is shown to be a fake Order. The drafting of these three Order's were done by the Defendant's-Plaintiff's Attorney's of the Law Firm Of Sirote & Permutt, P.C., this is a violation of a fair trial (Due Process) of Constitutional Law, Federal and State. It must be declare by the Constitution, that the **Final Order** of May 1, 2013, is **Void,** the 13th, Judicial Circuit Court, the assigned Judge had a Judicial & Moral Obligation, which failed to its obligations under the Federal Constitution, and **deprived** Plaintiff Muhammad of privilege of **(Life, Liberty, and Property )without due process of Law, and Equal Protection of the Law.**

> "a decision produced by fraud upon the Court is not in essence a decision at all, and never become FINAL."

## THE ARREST OF PLAINTIFF

¶**26.** On August 13, 2015, the Mobile County Sheriff Department appeared at the home of the Plaintiff Bernice Muhammad an old Order of Writ of Possession issued by 13th, Judicial Circuit Court Clerk in Case No.: CV-2010-901795.00 prepared on June 6, 2013, and accompanied with a Final Order issued May 1, 2013 of which the 13th, Judicial Circuit Court has no Jurisdiction to issue. These were document's not every issued to Plaintiff Muhammad on or about June 20 2013.

> "**Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. … It is where the Court or a member is corrupted or influenced or influence is attempted or where the Judge has not performed his judicial function---thus where the impartial functions of the Court have been directly corrupted.**"

¶**27.** On or about August 24, 2015, the Mobile County Sheriff Sam Cochran an his deputies again appeared at the home of Plaintiff Muhammad's without any documents and informed the Plaintiff that she ("Muhammad") could not re-enter her home and arrested Plaintiff Muhammad for "Obstructing Government Operations," the Plaintiff Muhammad asked the Sheriff, "On what Order are you acting and why are you braking in my home and searching it, and what are you looking for?" Sheriff Sam Cochran, then Snatched Plaintiff Muhammad handbag, then began searching, also arresting Plaintiff Muhammad, and Physically harmed her ""Muhammad" **Alabama Criminal Code 13A-10-2** (DC-2015-0077716.00. Plaintiff only asked the Sheriff, "On what order are you acting, and why are you searching my home and handbag?" Plaintiff was arrested under the Plaintiff's Maiden Name "Brown."

> "Fraud upon the Court" makes void the Orders and Judgments of that Court."

¶28. Plaintiff Muhammad, sought to stay the appeal in the 13th, Judicial Circuit Court, due to the destruction of the 13th, Judicial Circuit Court's original case file and the extensive, unlawful **"Tampering"** and destruction of the Plaintiff's Muhammad's Cases docket on "ALACOURT." Other related relief was denied by "operation of law", Fake Order's on May 1, 2015, never seen or issued by assigned Judge Elbrecht. These are fake Clerk-issued Order's, on Cases that the 13th, Judicial Circuit Court, is a Court in need of a criminal investigation into the destruction and docket tampering, and immediate stay of all Appeals and Cases of Plaintiff Muhammad pending criminal investigation into docket fraud, file destruction and conference, and violation's of any Order that's fake. Here negligence, at the very least, is apparent from the wholesale destruction and spoliation of all three cases file and the docket itself since 2010. indeed, it maybe inferred that gross negligence and specific intent exists here as well. 18 U.S.A. § 1503 prohibits destruction of tangible evidence to impede a pending Judicial Action. It is not necessary to cite here the numerous State Statutes which impose criminal punishment for tampering with physical evidence, making it a felony, mutilate, conceal or alter physical evidence, including documents, with the intent to impair their availability in a pending of official proceeding.

¶29. The records will proof there has been destroying of evidence, the record demonstrates that proof that JOJO SCHWARZAUER, acted in bad faith, in all matter's since February 3, 2010 thru August 24th, 2015. All appeals were dismissed due to tampering with record and fraudulent Order's signed by Operations of the 13th Judicial Circuit Court Clerk and issued in the name of assigned Judge Elbrecht. Three Judgment on May 1, 2015, out of a Judge's **"Final Order"** in a **LIS PENDENS,** Case No.: CV-201-1456, a judgement due proven in tampering, destruction and fake Order's. The **LIS PENDENS,** has never been **adjudicated** on, never had a Court proceeding. In sum, the facts of this Case Constitute Fraud, Tampering, to cover-up the erasing of evidence. The original case file, was destroyed, but document's are evidenced by all, also the original docket has been well kepted by Plaintiff Muhammad to proof the tampering and other actions in which Constitute **FRAUD.**

¶30. This Complaint is unique, and shocks the conscience for it show's, the total lack of due process under Fed. An State R. CIV.P. At the Trial level, an State R. APP. P. at the appellate level. The State of Alabama failed to afford Plaintiff Muhammad with due process in multiple ways in that violates The United States Constitution. There is no certified transcripts of the 13th Judicial District Court Criminal Case against the Plaintiff, so how do you appeal? Jo Jo Schwarzauer with no authority to do so, signed Order's and issued them under knowing they were fake to the Mobile County Sheriff Office, and failed to docket the fake Order's. Hearing's, in docket, without no opposition or law participation by pro se Plaintiff-Defendant Muhammad, theses are Violation's.

## FACTUAL BACKGROUND

¶31. In a Mortgage-Backed Securitization, a Mortgage Originator, or a sponsor, first assemble a pool of Mortgage Loan. This pool of loans is then typically transferred by the originator or sponsor to an affiliated entity called the "depositor"; the depositor then transfers the loan to a specially-created mortgage trust. This trust then issues securities- usually referred to as "certificates"--entitling holders to a certain specified share in the income to the Trust as borrowers make their mortgage payments. The money received from the sale of the certificates flows back to the originator sponsor as payment for the loans. In Plaintiff Mortgage Loan, Option One Mortgage originated the Muhammad loan, and transferred the Servicing to AHMSI, in December 31, 2008. Option One Mortgage, is now known as Sand Canyon Corporation. Option One Mortgage ceased loan origination in late 2007 and sold its loan servicing portfolio, which Option One Mortgage still owns the Mortgage & Note of Plaintiff.

**WHEREFORE, Plaintiff respectfully requests that the Court:**

(a) **Enter an injunction requiring the 13th, Judicial Circuit Court to Cease all criminal charges arising out of Civil Order initiated by the** Clerk of the 13th Judicial Circuit operating under a "Order Of Recusal" has no jurisdiction an due to be dismissed, and if the 13th, Judicial is in violations of Federal and State Constitution as to Due Process Of the law.

(b) **Issue an order requiring the Alabama Administrative Of Court to interpret its Administrative Order's of the Supreme Court of Alabama in Case's CV-2010-0000-000160 & CV-2010-901795, issued in December 14th, 2010 & September 13th, 2011, also on December 3rd, 2010, by Presiding Judge Charles A. Graddick.**

(c) **Award Plaintiff Muhammad monetary damages in an amount to be proven at trial, and such other and further relief as the Court may deem just and proper.**

Dated:  Mobile, Alabama
August 21, 2017

                           **Plaintiff Bernice Muhammad's**

                           */s/ Bernice Muhammad*
                           **BERNICE MUHAMMAD**
                           **255 CHEROKEE STREET**
                           **I/C/O PO BOX 763**
                           **MOBILE, ALABAMA 36601-00763**
                           **(251) 229-0971**

                           **Plaintiff Is Pro se**